IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00439-CMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY J. STUBBS,

Defendant.

## ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Government's Request for Stay and Motion for Reconsider Order Releasing Defendant on $500,00 Fully Secured Bond (docket no. 51) is DENIED.

I find no basis in law or fact to grant the relief sought by the Government. Moreover, the Government had sufficient time to prepare for the detention hearing which took place over multiple days and had sufficient time as well to prepare for the hearing on Defendant's Motion to Reopen Detention Hearing (docket no. 34); Defendant's Supplement to Motion to Reopen Detention Hearing (docket no. 44); and Defendant's Second Supplement to Motion to Reopen Detention Hearing (docket no. 46), which was held on August 7, 2014.  The Government was well aware that Defendant was seeking an Order from this court to reconsider my Detention Order (docket no. 25) as outlined in docket nos. 34, 44, and 46.  Moreover, the Government

2

was well aware prior to the detention hearing that Defendant had substantial ties to Costa Rica. Such information was outlined in the original bail report which was done by the court of arrest in the United States District Court for the Southern District of Texas-Houston Division. The Government had adequate time to research extradition proceedings between Costa Rica and the United States. The Government's lack of due diligence is not a basis for a stay. Furthermore, I informed both the Government and the Defendant on the record at the Motions Hearing held on August 7, 2014, that if either party disagreed with this court's Order vacating my Detention Order and allowing bond to be set, they could appeal such Order to District Court Judge Arguello.

DONE THIS 13th  DAY OF AUGUST, 2014.

s/ Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge