**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00439-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY J. STUBBS,

    Defendant.

---

**ORDER GRANTING MOTION TO DISCLOSE GRAND JURY MATERIAL**

---

This matter is before the Court on Defendant's Motion to Disclose Grand Jury Material to Defendant pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) (Doc. # 101).  Having reviewed the motion and being fully advised in the premises, this Court finds that good cause supports the motion.  Therefore, it is:

ORDERED that Defendant's Motion to Disclose Grand Jury Material to Defendant (Doc. # 101) is granted.  The United States may disclose grand jury testimony, exhibits, and other grand jury materials to Defendant and his attorney in this case;

FURTHER ORDERED that such materials shall only be used in defending this case, that such materials are to be disclosed only to Defendant and his attorney, that Defendant's attorney shall maintain custody of such materials and shall not reproduce or disseminate the same.

DATED:  June 19, 2015               BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge