**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00439-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY J. STUBBS,

    Defendant.

___

**ORDER OF FORFEITURE OF BOND**
___

    The Court, having reviewed the Government's Motion for Forfeiture of Bond of Defendant Timothy J. Stubbs (Doc. #165), does hereby forfeit the $500,000.00 appearance bond to the Government of the United States.

    DATED January 6, 2016

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Judge